COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM E. RUSSELL, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMERICAN EXPRESS COMPANY, INC., a Foreign Corporation; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>            Defendants. | Case Number<br>2:20-cv-00046-APG-DJA<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Adam Russell ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Defendant"), by and through their respective

. . .

. . .

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 29th day of June, 2020.                              Dated this 29th day of June, 2020.

**COGBURN LAW**                                                 **NAYLOR & BRASTER**


By:    /s/Erik W. Fox                                           By:    /s/Andrew J. Sharples
Name:  Jamie S. Cogburn, Esq.                                   Name:  Jennifer L. Braster, Esq.
       Nevada Bar No. 8409                                             Nevada Bar No. 9982
       Erik W. Fox, Esq.                                               Andrew J. Sharples, Esq.
       Nevada Bar No. 8804                                             Nevada Bar No. 12866
       2580 St. Rose Parkway, Suite 330                                1050 Indigo Drive, Suite 200
       Henderson, Nevada 89074                                         Las Vegas, NV 89145
       *Attorneys for Plaintiff*                                       *Attorneys for Experian Information*
                                                                       *Solutions, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

6/29/2020
_____
DATE